# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1322. GREGORY ANDREW HOBBS, SR. v. CITY OF THOMASVILLE.**

Gregory Andrew Hobbs, Sr. filed suit against the City of Thomasville seeking to collect more than $40,000 in unpaid per diem. Ultimately, the trial court entered final judgment in favor of Hobbs in the amount of $5,236, and Hobbs filed this direct appeal. We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000.00 or less must be by application for discretionary appeal. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Because Hobbs did not follow the proper procedure for obtaining appellate review in this case, we lack jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/06/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                    , *Clerk.*